# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-4-JVS |
| Date | September 25, 2019 |

Present: The Honorable **JAMES V SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Lawrence Kole |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **BENEDICT LIAO** | X | | X | Diane Bass | X | | X |

**Proceedings:** Status Conference

    Cause is called for hearing with the defendant, his counsel and counsel for the Government present. Court and counsel confer. Trial to be continued to February 2020. Counsel shall submit a stipulation and proposed speedy trial order.

                                                      : 05

Initials of Deputy Clerk  lmb

cc: