# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 19-4-JVS | Date | June 14, 2021 |
|---|---|---|---|

Present: The Honorable **JAMES V SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter: M Benson Huant/Taiwanese

| Lisa Bredahl | Sharon Seffens | Lawrence Kole |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **BENEDICT LIAO** | X | | X | Diane Bass | X | | X |

Proceedings: Status Conference

Cause is called for hearing with the defendant, his counsel and counsel for the Government present. Taiwanese Interpreter also present. Court and counsel confer re trial matters and logistics. The Jury Trial set for June 22, 2021 at 8:30 a.m. is continued to June 22, 2023 at 8:30 a.m. for jury selection.

:   30

Initials of Deputy Clerk   lmb

cc: