**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SA CR 19-00004-JVS |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING TRIAL DATE AND SETTING STATUS CONFERENCE, AND FINDINGS RE EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT</u> |
| v. | |
| BENEDICT LIAO, | New Trial Date: October 26, 2021 |
| Defendant. | Time:  8:30 a.m. |
| | Place:  Courtroom of the Honorable James V. Selna |

The Court has read and considered the Stipulation Regarding Continuance of Trial Date, Setting Status Conference, and Findings re Excludable Time Period pursuant to Speedy Trial Act filed by the parties in this matter on June 22, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1. The Court further finds that: (1) the delay results from the absence and unavailability of the defendant; (2) the delay results from the fact that defendant is physically unable to stand trial; (3) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (4) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (5) failure to grant the continuance would unreasonably deny the government and defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

1. The trial date in this matter is continued from June 23, 2021 to **October 26, 2021 at 8:30 a.m.**

2. A status conference is scheduled in this case for ***October 15, 2021 at 8:30 a.m.***

3. The time period of June 15, 2021 to October 26, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161 (h)(3)(A), (h)(4), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

/ / /

/ / /

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

June 23, 2021
_____
DATE

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE