UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | SACR 19-4-JVS | | Date | October 15, 2021 |

Present: The Honorable **JAMES V SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Lawrence Kole<br>Erin Colleran telephonically |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **BENEDICT LIAO** | X | | X | Dean Steward | X | | X |

**Proceedings:**   Status Conference

Motion in Limine to Admit Testimony [59]

Cause is called for hearing with defendant, his counsel, and counsel for the Government present. Motion in limine is argued. The Court preliminarily rules that three of the five witnesses may testify and the Government may object during the testimony.

Jury selection remains set for October 26, 2021 at 8:30 a.m.

                                                                                              :  15

Initials of Deputy Clerk   lmb

cc: