# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | SACR 19-4JVS | | Date | October 26, 2021 |
|---|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Larry Kole/Erin Colleran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Benedict Liao** | X | X | | Dean Steward | X | | X |

_____ Day <u>COURT TRIAL</u>   <u>1st</u>  Day <u>JURY TRIAL</u>   _____ Death Penalty Phase

_____ One day trial;  **X**  Begun (1st day);  **X**  Held & continued;  _____ Completed by jury verdict/submitted to court.

**X**  The Jury is impaneled and sworn.

**X**  Opening statements made   each side.

_____ Witnesses called, sworn and testified.

_____ Exhibits identified   _____ Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Clerk reviewed admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:   _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s)   _____ Not Guilty on count(s)

_____ Jury polled   _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   _____ Remand/Release# _____ issd.   _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

**X**  Case continued to   October 27, 2021 at 8:30 a.m.   for further trial/further jury deliberation.

_____ Other:

_____ 4 : 55

Initials of Deputy Clerk   lmb