# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | SACR 19-4JVS | | Date | October 28, 2021 |
|---|---|---|---|---|

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

Interpreter

| Lisa Bredahl | Sharon Seffens | Larry Kole/Erin Colleran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Benedict Liao** | X | | X | Dean Steward | X | | X |

____ Day <u>COURT TRIAL</u>    <u>3rd</u> Day <u>JURY TRIAL</u>    ____ Death Penalty Phase

____ One day trial;    Begun (1st day);    X   Held & continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

X   Witnesses called, sworn and testified.

X   Exhibits identified    X   Exhibits admitted

____ Government rests.    Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made ____ Court instructs jury ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused ____ Jury retires to deliberate ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s) _____    ____ Not Guilty on count(s) _____

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists    ____ Filed Jury notes    ____ Filed Jury Instructions    ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

X   Case continued to    October 29, 2021 at 8:30 a.m.    for further trial/further jury deliberation.

____ Other: _____

                                    5  :  40

Initials of Deputy Clerk   lmb