H. Dean Steward  SBN 85317
17 Corporate Plaza Drive, Ste. 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant
Dr. Benedict Liao

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-19-004-JVS |
|---|---|
| Plaintiff, | MOTION FOR JUDGMENT OF ACQUITTAL: RULE 29, FEDERAL RULES OF CRIMINAL PROCEDURE |
| vs. | |
| DR. BENEDICT LIAO | |
| Defendant. | |

All evidence having been submitted to the jury, defendant Dr. Benedict Liao, together with counsel, hereby moves this honorable Court for a judgment of acquittal under Rule 29, Federal Rules of Criminal Procedure.

Dated: Nov. 1, 2021          /s./ H. Dean Steward

H. Dean Steward
Counsel for Defendant
Dr. Benedict Liao

- 1 -

CERTIFICATE OF SERVICE

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 17 Corporate Plaza Drive, Ste. 254, Newport Beach, CA 92660.

I am not a party to the above entitled action. I have caused, on 11-1-21, service of the defendant's:

MOTION FOR JUDGMENT OF ACQUITTAL

On the following party, using the court's ECF system:

AUSA LARRY KOLE & SAUSA ERIN COLLERAN

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-1-21

s/ H. Dean Steward

H. Dean Steward