UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 19-00004-JVS |
| Plaintiff, | VERDICT |
| v. | |
| BENEDICT LIAO, | |
| Defendant. | |

**Count One:  Wire Fraud**

    1. As to Count ONE, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Two:  Wire Fraud**

    2. As to Count TWO, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Three:  Wire Fraud**

    3. As to Count THREE, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Four:  Wire Fraud**

    4. As to Count FOUR, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Five:  Wire Fraud**

    5. As to Count FIVE, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Six:  Wire Fraud**

    6. As to Count SIX, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Seven:  Wire Fraud**

    7. As to Count SEVEN, the Jury finds defendant BENEDICT LIAO _____ of violating 18 U.S.C. § 1343.

(Guilty/Not Guilty)

**Count Nine:  Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

    8.   As to Count NINE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 8 is Guilty, proceed directly to Paragraph 10.  Otherwise, you must move on to Paragraph 9.)*

**Count Nine:  Introducing a Misbranded Drug Into Interstate Commerce**

    9.   As to Count NINE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Ten:  Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

    10.  As to Count TEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 10 is Guilty, proceed directly to Paragraph 12.  Otherwise, you must move on to Paragraph 11.)*

**Count Ten:  Introducing a Misbranded Drug Into Interstate Commerce**

    11.  As to Count TEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Eleven: Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

12. As to Count ELEVEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 12 is Guilty, proceed directly to Paragraph 14. Otherwise, you must move on to Paragraph 13.)*

**Count Eleven: Introducing a Misbranded Drug Into Interstate Commerce**

13. As to Count ELEVEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Twelve: Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

14. As to Count TWELVE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 14 is Guilty, proceed directly to Paragraph 16. Otherwise, you must move on to Paragraph 15.)*

**Count Twelve: Introducing a Misbranded Drug Into Interstate Commerce**

15. As to Count TWELVE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Thirteen: Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

16. As to Count THIRTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 16 is Guilty, proceed directly to Paragraph 18. Otherwise, you must move on to Paragraph 17.)*

**Count Thirteen: Introducing a Misbranded Drug Into Interstate Commerce**

17. As to Count THIRTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Fourteen: Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

18. As to Count FOURTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 18 is Guilty, proceed directly to Paragraph 20. Otherwise, you must move on to Paragraph 19.)*

**Count Fourteen: Introducing a Misbranded Drug Into Interstate Commerce**

19. As to Count FOURTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Fifteen: Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

20. As to Count FIFTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 20 is Guilty, proceed directly to Paragraph 22. Otherwise, you must move on to Paragraph 21.)*

**Count Fifteen: Introducing a Misbranded Drug Into Interstate Commerce**

21. As to Count FIFTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Sixteen: Introducing a Misbranded Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

22. As to Count SIXTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 22 is Guilty, proceed directly to Paragraph 24. Otherwise, you must move on to Paragraph 23.)*

**Count Sixteen: Introducing a Misbranded Drug Into Interstate Commerce**

23. As to Count SIXTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(a). (Guilty/Not Guilty)

**Count Seventeen:  Misbranding a Drug While Held for Sale After Shipment in Interstate Commerce with the Intent to Defraud or Mislead**

24.   As to Count SEVENTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(k), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 24 is Guilty, proceed directly to Paragraph 26.  Otherwise, you must move on to Paragraph 25.)*

**Count Seventeen:  Misbranding a Drug While Held for Sale After Shipment in Interstate Commerce**

25.   As to Count SEVENTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(k). (Guilty/Not Guilty)

**Count Eighteen:  Misbranding a Drug While Held for Sale After Shipment in Interstate Commerce with the Intent to Defraud or Mislead**

26.   As to Count EIGHTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(k), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 26 is Guilty, proceed directly to Paragraph 28.  Otherwise, you must move on to Paragraph 27.)*

**Count Eighteen:  Misbranding a Drug While Held for Sale After Shipment in Interstate Commerce**

27.   As to Count EIGHTEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(k). (Guilty/Not Guilty)

**Count Nineteen: Misbranding a Drug While Held for Sale After Shipment in Interstate Commerce with the Intent to Defraud or Mislead**

28. As to Count NINETEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(k), 333(a)(2).

(Guilty/Not Guilty)

*(If the response in Paragraph 28 is Guilty, proceed directly to Paragraph 30. Otherwise, you must move on to Paragraph 29.)*

**Count Nineteen: Misbranding a Drug While Held for Sale After Shipment in Interstate Commerce**

29. As to Count NINETEEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(k).

(Guilty/Not Guilty)

**Count Twenty: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

30. As to Count TWENTY, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2).

(Guilty/Not Guilty)

*(If the response in Paragraph 30 is Guilty, proceed directly to Paragraph 32. Otherwise, you must move on to Paragraph 31.)*

**Count Twenty: Introducing an Unapproved Drug Into Interstate Commerce**

31. As to Count TWENTY, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d).

(Guilty/Not Guilty)

**Count Twenty-One: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

32. As to Count TWENTY-ONE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 32 is Guilty, proceed directly to Paragraph 34. Otherwise, you must move on to Paragraph 33.)*

**Count Twenty-One: Introducing an Unapproved Drug Into Interstate Commerce**

33. As to Count TWENTY-ONE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d). (Guilty/Not Guilty)

**Count Twenty-Two: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

34. As to Count TWENTY-TWO, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 34 is Guilty, proceed directly to Paragraph 36. Otherwise, you must move on to Paragraph 35.)*

**Count Twenty-Two: Introducing an Unapproved Drug Into Interstate Commerce**

35. As to Count TWENTY-TWO, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d). (Guilty/Not Guilty)

**Count Twenty-Three: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

36. As to Count TWENTY-THREE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2).

(Guilty/Not Guilty)

*(If the response in Paragraph 36 is Guilty, proceed directly to Paragraph 38. Otherwise, you must move on to Paragraph 37.)*

**Count Twenty-Three: Introducing an Unapproved Drug Into Interstate Commerce**

37. As to Count TWENTY-THREE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d).

(Guilty/Not Guilty)

**Count Twenty-Four: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

38. As to Count TWENTY-FOUR, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2).

(Guilty/Not Guilty)

*(If the response in Paragraph 38 is Guilty, proceed directly to Paragraph 40. Otherwise, you must move on to Paragraph 39.)*

**Count Twenty-Four: Introducing an Unapproved Drug Into Interstate Commerce**

39. As to Count TWENTY-FOUR, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d).

(Guilty/Not Guilty)

**Count Twenty-Five: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

40. As to Count TWENTY-FIVE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 40 is Guilty, proceed directly to Paragraph 42. Otherwise, you must move on to Paragraph 41.)*

**Count Twenty-Five: Introducing an Unapproved Drug Into Interstate Commerce**

41. As to Count TWENTY-FIVE, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d). (Guilty/Not Guilty)

**Count Twenty-Six: Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

42. As to Count TWENTY-SIX, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2). (Guilty/Not Guilty)

*(If the response in Paragraph 42 is Guilty, proceed directly to Paragraph 44. Otherwise, you must move on to Paragraph 43.)*

**Count Twenty-Six: Introducing an Unapproved Drug Into Interstate Commerce**

43. As to Count TWENTY-SIX, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d). (Guilty/Not Guilty)

**Count Twenty-Seven:   Introducing an Unapproved Drug Into Interstate Commerce with the Intent to Defraud or Mislead**

44.   As to Count TWENTY-SEVEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d), 333(a)(2).

(Guilty/Not Guilty)

*(If the response in Paragraph 44 is Guilty, proceed directly to the signature line.  Otherwise, you must move on to Paragraph 45.)*

**Count Twenty-Seven:   Introducing an Unapproved Drug Into Interstate Commerce**

45.   As to Count TWENTY-SEVEN, the Jury finds defendant BENEDICT LIAO _____ of violating 21 U.S.C. §331(d).

(Guilty/Not Guilty)

DATED: _____        _____
                                                FOREPERSON